IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAMIEN FORD,
ADC #143035                                                                                          PLAINTIFF

VS.                                        5:17-CV-00122 BRW/BD

C. FERRELL, *et al.*                                                                              DEFENDANTS

## ORDER

I have received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Ford's timely objections, as well as a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

All claims against Defendants Lowe, Banks, Gibson, Naylor, Evans, Reed, Does, Hobbs, Nall, and Norris are DISMISSED, without prejudice.

Mr. Ford may proceed with his claim for retaliation against Defendant Ferrell.

IT IS SO ORDERED, this 24th day of August, 2017.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE