IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAMIEN FORD,
ADC #143035                                                                                      PLAINTIFF

VS.                                   5:17-CV-122-BRW-BD

CORRIE FERRELL                                                                              DEFENDANT

## ORDER

I have received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Ford's timely objections, and after a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Mr. Ford's lawsuit is DISMISSED, with prejudice.

IT IS SO ORDERED, this 2nd day of August, 2018.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE