**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DAMIEN FORD,**
**ADC #143035**                                                                          **PLAINTIFF**

**VS.**                               **5:17-CV-122-BRW-BD**

**CORRIE FERRELL**                                                                  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, this case is DISMISSED, WITH

PREJUDICE.

IT IS SO ORDERED, this 2nd day of August, 2018.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE